# United States Bankruptcy Court

## District of Utah

In re

Mary Whitehorse
Social−Security Number or ITIN: xxx−xx−0728
Debtor

Case Number 19−21027 KRA
Chapter 13

## Order of Dismissal for Failure to Comply with 11 U.S.C. § 109(h)

Pursuant to Local Rule 1007−1(d), it is hereby ORDERED that Debtor Mary Whitehorse has been DISMISSED from the above−captioned case for failure to comply with 11 U.S.C. § 109(h).

Dated: February 25, 2019

*Kevin R. Anderson*

Kevin R. Anderson
United States Bankruptcy Judge

Form f745 (Doc# 5) − djf